

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-83,955-01

### EX PARTE STEVEN LEE BUNKER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 63847-A
### IN THE 412TH DISTRICT COURT FROM BRAZORIA COUNTY

**YEARY, J., filed a dissenting opinion.**

### <u>DISSENTING OPINION</u>

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: February 24, 2016
DO NOT PUBLISH